# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| BALBIR SINGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00961-KOB-JHE |
| ) | |
| MARK MORGAN, et al., ) | |
| ) | |
| Respondents. ) | |
| ) | |

## NOTICE OF DEFICIENT PLEADING

On June 21, 2019, Petitioner Balbir Singh filed this habeas action through counsel. (Doc. 1). However, Petitioner did not pay the $5.00 habeas filing fee or move for leave to proceed *in forma pauperis*. Petitioner is required to correct this deficiency within thirty (30) days from the entry date of this Order.[1]

**If Petitioner fails to correct the deficient pleading in compliance with this notice within thirty (30) days from the entry date of this notice, the court will dismiss this case for want of prosecution. Fed. R. Civ. P. 41(b).**

DONE this 24th day of June, 2019.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may have attempted to pay the filing fee through CM/ECF when they filed the petition. Unfortunately, it appears payment through CM/ECF is not available in a habeas action. If Petitioner intends to pay the filing fee, counsel are **DIRECTED** to contact the Clerk of Court for payment instructions.

1