# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| BALBIR SINGH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00961-KOB-JHE |
| ) | |
| MARK MORGAN, et al., ) | |
| ) | |
| Respondent. ) | |

## SHOW CAUSE ORDER

Petitioner Balbir Singh has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner is presently confined in the Etowah County Detention Center. Petitioner has paid the $5.00 filing fee.

Accordingly, it is **ORDERED** that Respondents appear and show cause in writing within **thirty (30) days**, why the relief requested by Petitioner should not be granted. In the response, Respondents should include a thorough discussion of all matters of fact and law relating to each of the issues or grounds raised by Petitioner. In the event Respondents contend Petitioner is required to exhaust administrative remedies but has not done so, the exhaustion issues should also be thoroughly discussed in the response to this order.

The Clerk is **DIRECTED** to furnish Respondents and the United States Attorney for the Northern District of Alabama with a copy of this order, along with a copy of the petition for a writ of habeas corpus.

DONE this 24th day of June, 2019.

                                                                                    **JOHN H. ENGLAND, III**
                                                                                    UNITED STATES MAGISTRATE JUDGE