FILED
2020 Feb-20 PM 12:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| BALBIR SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 4:17-cv-01793-RDP-JHE |
| | ) | |
| JEFF SESSIONS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

_____

| | | |
|---|---|---|
| BALBIR SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 4:19-cv-00961-KOB-JHE |
| | ) | |
| MARK MORGAN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On February 19, 2020, this court received the Eleventh Circuit's mandate in Case No. 4:17-01793-RDP-JHE. (Doc. 19). Accordingly, these consolidated petitions must be set for an evidentiary hearing. (*See* doc. 18).

This case is set for a telephone conference at **10:00 a.m. on March 18, 2020**. The parties should be prepared to discuss the following:

(1) Any outstanding discovery issues, including those that the parties believe require the court's intervention;

(2) Petitioner's request for an interpreter for the evidentiary hearing;

(3) The status of witnesses for the hearing, including whether parties require additional time to identify or secure witnesses for the hearing and whether the parties intend to move to limit or exclude testimony from witnesses;

(4) Any issues with the logistics of transporting Petitioner to the Hugo Black Courthouse for the hearing;

(5) Proposed dates for the hearing; and

(6) Any other matters involving the evidentiary hearing.

The parties are **DIRECTED** to call **877-873-8017** to access the telephone conference. The access code is **4577302**. The parties should call in five minutes prior to the start time of the conference.

DONE this 20th day of February, 2020.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE