# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| BALBIR SINGH, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:17-cv-01793-RDP-JHE |
| JEFF SESSIONS, et al., | ) |
| Respondents. | ) |

_____

| | |
|---|---|
| BALBIR SINGH, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:19-cv-00961-RDP-JHE |
| MARK MORGAN, et al., | ) |
| Respondents. | ) |

## ORDER

On March 18, 2020, the undersigned held a telephone conference to discuss several outstanding issues related to the forthcoming evidentiary hearing in these consolidated petitions. After that telephone conference, the undersigned granted Petitioner's motion for discovery and allowed Respondents until May 18, 2020 to identify documents responsive to Petitioner's requests for production and assert any objections to those requests. (Doc. 22). Respondents did not assert any objections by that date, nor has Petitioner indicated that Respondents have not complied with his requests for production.

Accordingly, this case is **SET** for a telephone conference on **June 16, 2020 at 10:00 a.m.**, to discuss the status of discovery and next steps, including logistics for the evidentiary hearing.

The parties are **DIRECTED** to call **877-873-8017** to access the telephone conference. The access code is **4577302**. The parties should call in five minutes prior to the start time of the conference.

DONE this 27th day of May, 2020.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE